IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HARRY R. WIEDENBECK and RHONDA
L. WIEDENBECK, on behalf of
themselves and all others who are similarly
situated,

                      Plaintiffs,                  ORDER

v.

                                                12-cv-508-wmc

CINERGY HEALTH, INC., AMERICAN
MEDICAL AND LIFE INSURANCE
COMPANY, and NATIONAL CONGRESS
OF EMPLOYERS, INC.,

                      Defendants.

---

        Plaintiffs Harry R. Wiedenbeck and Rhonda L. Wiedenbeck seek a stay pending the outcome of plaintiffs' petition for interlocutory appeal of this court's denial of plaintiffs' motion for class certification pursuant to Fed. R. Civ. P. 23(f). (Dkt. #99.) Defendants American Medical and Life Insurance Company and National Congress of Employers, Inc., filed letters to the court indicating that they do not oppose the stay. (Dkt. ## 100, 101.)[1] While the court believes, as described in its opinion denying certification, that this case does not meet the requirements under Rule 23, the court is persuaded that a stay is appropriate in light of plaintiffs' representation that "[i]t would be prohibitively expensive for the individual plaintiffs to continue this litigation on the uncertain hope that the 7th Circuit would eventually reverse this Court following trial on

---

[1] Defendant Cinergy Health, Inc. did not file a response, and therefore the court assumes Cinergy also does not oppose a stay.

the merits." (Pls.' Mot. (dkt. #99) 3.) Accordingly, the court will grant plaintiffs' motion and will strike all deadlines, including the trial date, pending the Seventh Circuit's decision on plaintiffs' Rule 23(f) petition.

## ORDER

IT IS ORDERED that plaintiffs' Harry R. Wiedenbeck and Rhonda L. Wiedenbeck motion to stay proceedings pending outcome of petition for appeal (dkt. #99) is GRANTED. All pending deadlines, including the trial date, are STRUCK.

Entered this 15th day of October, 2013.

BY THE COURT:

WILLIAM M. CONLEY
District Judge

2