IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HARRY R. WIEDENBECK and
RHONDA L. WIEDENBECK,

                Plaintiffs,                         ORDER

    v.

                                           12-cv-508-wmc

CINERGY HEALTH, INC.,
AMERICAN MEDICAL AND LIFE INSURANCE COMPANY
and NATIONAL CONGRESS OF EMPLOYERS, INC.,

                Defendants.

---

    Eric S. Darling, Henry E. Koltz, Benjamin Reyes and the law office of Schmidt, Darling & Erwin have filed a motion for leave to withdraw as counsel for defendant Cinergy Health Inc. in this matter. (Dkt. #112.) Before granting the motion, the defendant will be given an opportunity to raise any objections to it and the grounds for their objections. In addition, the defendant business entity cannot defend in court without being represented by a lawyer. *United States v. Hagerman*, 545 F.3d 579, 581-82 (7th Cir. 2008).[1]

    Therefore, the court will reserve a ruling on the motion for leave to withdraw until the defendant has had an opportunity to advise the court whether it objects to the withdrawal of counsel and on what grounds or, alternatively, that it does not object and

---

[1] Defendant should be mindful of the impending summary judgment deadline of February 17, 2014.

1

has either engaged new counsel or is in the process of doing so. If the defendant does not respond to this opportunity to be heard by February 7, 2014, an order will be entered granting the motion and directing Cinergy Health, Inc. to indicate whether it intends to retain new counsel.

Entered this 3rd day of February, 2014.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge