

**St. Marys/Dean Ventures, Inc.**
REGIONAL MEDICAL CLINICS
1808 W. Beltline Highway
PO BOX 259598
MADISON, WI 53725-9598

If you have questions on your statement please call:
Toll Free: 1-888-968-4681

☐ Check box if address or insurance has changed and indicate on back

| IF PAYING BY CREDIT CARD, FILL OUT BELOW |
|---|

| Statement Date | Check credit card using for payment | ☐ MasterCard | ☐ VISA | ☐ DISCOVER | ☐ Diners Club |
|---|---|---|---|---|---|
| 08/05/2009 | | | | | |

Card Number: _____  Exp. Date: _____

Signature: _____

| Due Date | Account Number | Pay This Amount |
|---|---|---|
| 09/04/2009 | 500156957 | $0.00 |

Invoice Number: 543001637    $ Show Amount Paid Here

**ADDRESSEE:** Page 1 of 1

TAMMY L WIEDENBECK
8822 PORTER BRIDGE RD
LANCASTER WI 53813-9741

LPD101 - 00799

**PLEASE MAKE CHECKS PAYABLE AND REMIT TO:**

**ST. MARY'S/DEAN VENTURES**
PO BOX 259598
MADISON WI 53725-9598

Please detach and return top portion of statement with your payment.

| ACCOUNT NUMBER | ACCOUNT NAME | STATEMENT DATE | AMOUNT DUE |
|---|---|---|---|
| 500156957 | TAMMY L WIEDENBECK | 08/05/2009 | $0.00 |

*This charge is new or has been added since your last statement

| Date | Patient | Description | Charges | Insurance Pending | Payments/ Adjustments | Patient Due |
|---|---|---|---|---|---|---|
| 05/20/2009 | TAMMY L WIEDENBECK | EST PATIENT OFFICE VISIT, LEVEL IV 99214<br><br>GRANT COMMUNITY CLINIC<br>seen by: KELLY S MUENCH<br>Due from patient | $197.00 | $0.00 | | $0.00 |
| 06/23/2009 | | INSURANCE PAYMENT (103-CINERGY HEALTH | | | $100.00 | |
| 07/06/2009 | | PERSONAL PAYMENT(2035) | | | $97.00 | |
| 06/24/2009 | TAMMY L WIEDENBECK | OFFICE CONSULTATION,LEVEL I 99241<br><br>GRANT REGIONAL HEALTH CENTER<br>seen by: HOBART BOSWORTH<br>Billed to CINERGY HEALTH | $153.00 | $153.00 | | $0.00 |
| 06/24/2009 | TAMMY L WIEDENBECK | EAR MICROSCOPY EXAMINATION 92504<br><br>GRANT REGIONAL HEALTH CENTER<br>seen by: HOBART BOSWORTH<br>Billed to CINERGY HEALTH | $98.00 | $98.00 | | $0.00 |

Wiedenbeck_194

Thank you for using Dean Health System.

Any payments or charges applied after the billing date will appear on your next statement.

Insurance Pending Total: ....................$251.00

| PLEASE PAY THIS AMOUNT |
|---|
| **$0.00** |




# St. Marys/Dean
Ventures, Inc.
REGIONAL MEDICAL CLINICS
1808 W. Beltline Highway
PO BOX 259598
MADISON, WI 53725-9598

If you have questions on your statement please call:
Toll Free: 1-888-968-4681

☐ Check box if address or insurance has changed and indicate on back

**ADDRESSEE:** Page 1 of 2

TAMMY L WIEDENBECK
8822 PORTER BRIDGE RD
LANCASTER WI 53813-9741

LPD102 - 00063

### IF PAYING BY CREDIT CARD, FILL OUT BELOW

Statement Date: 01/20/2010
Check credit card using for payment: ☐ MasterCard ☐ VISA ☐ DISCOVER ☐ 

Card Number: 
Exp. Date: 
Signature: 
Please Print Name: 

| Due Date | Account Number | Pay This Amount |
|---|---|---|
| 02/19/2010 | 500156957 | $0.00 |

Invoice Number: 543736850    $ Show Amount Paid Here

**PLEASE MAKE CHECKS PAYABLE AND REMIT TO:**

ST. MARY'S/DEAN VENTURES
PO BOX 259598
MADISON WI 53725-9598

---

Please detach and return top portion of statement with your payment.

| ACCOUNT NUMBER | ACCOUNT NAME | STATEMENT DATE | AMOUNT DUE |
|---|---|---|---|
| 500156957 | TAMMY L WIEDENBECK | 01/20/2010 | $0.00 |

*This charge is new or has been added since your last statement

| Date | Patient | Description | Charges | Insurance Pending | Payments/ Adjustments | Patient Due |
|---|---|---|---|---|---|---|
| 06/24/2009 | TAMMY L WIEDENBECK | EAR MICROSCOPY EXAMINATION 92504 | $98.00 | | | |
| | | GRANT REGIONAL HEALTH CENTER | | | | |
| | | seen by: HOBART BOSWORTH | | | | |
| | | Due from Patient | | | | $0.00 |
| 09/15/2009 | | INSURANCE PAYMENT (1035)-CINERGY HEALTH | | | $0.00 | |
| 11/17/2009 | | INSURANCE PAYMENT (1035)-CINERGY HEALTH | | | $0.00 | |
| 11/20/2009 | | INSURANCE PAYMENT (1035)-CINERGY HEALTH | | | $0.00 | |
| 01/06/2010 | | PERSONAL PAYMENT | | | $98.00 | |
| 06/24/2009 | TAMMY L WIEDENBECK | OFFICE CONSULTATION, LEVEL I 99241 | $153.00 | | | |
| | | GRANT REGIONAL HEALTH CENTER | | | | |
| | | seen by: HOBART BOSWORTH | | | | |
| | | Due from Patient | | | | $0.00 |
| 09/15/2009 | | INSURANCE PAYMENT (1035)-CINERGY HEALTH | | | $0.00 | |
| 11/17/2009 | | INSURANCE PAYMENT (1035)-CINERGY HEALTH | | | $0.00 | |
| 11/20/2009 | | INSURANCE PAYMENT (1035)-CINERGY HEALTH | | | $100.00 | |
| 01/06/2010 | | PERSONAL PAYMENT | | | $53.00 | |
| 10/12/2009 | TAMMY L WIEDENBECK | EST PATIENT OFFICE VISIT, LEVEL IV 99214 | $197.00 | | | |

Wiedenbeck_195

- Thank you for using Dean Health System.
- Any payments or charges applied after the billing date will appear on your next statement.

Insurance Pending Total: .................................................................$197.00

**PLEASE PAY THIS AMOUNT**
**$0.00**

| ACCOUNT NUMBER | ACCOUNT NAME | STATEMENT DATE | AMOUNT DUE |
|---|---|---|---|
| 500156957 | TAMMY L WIEDENBECK | 12/23/2009 | $151.00 |

*This charge is new or has been added since your last statement

| Date | Patient | Description | Charges | Insurance Pending | Payments/ Adjustments | Patient Due |
|---|---|---|---|---|---|---|
| 06/24/2009 | TAMMY L WIEDENBECK | OFFICE CONSULTATION,LEVEL I 99241 | $153.00 | $0.00 | | $53.00 |
| | | GRANT REGIONAL HEALTH CENTER | | | | |
| | | seen by: HOBART BOSWORTH | | | | |
| | | Due from patient | | | | |
| 09/15/2009 | | INSURANCE PAYMENT (103-CINERGY HEALTH | | | $0.00 | |
| 11/17/2009 | | INSURANCE PAYMENT (103-CINERGY HEALTH | | | $0.00 | |
| 11/20/2009 | | INSURANCE PAYMENT (103-CINERGY HEALTH | | | $100.00 | |
| 06/24/2009 | TAMMY L WIEDENBECK | EAR MICROSCOPY EXAMINATION 92504 | $98.00 | $0.00 | | $98.00 |
| | | GRANT REGIONAL HEALTH CENTER | | | | |
| | | seen by: HOBART BOSWORTH | | | | |
| | | Due from patient | | | | |
| 09/15/2009 | | INSURANCE PAYMENT (103-CINERGY HEALTH | | | $0.00 | |
| 11/17/2009 | | INSURANCE PAYMENT (103-CINERGY HEALTH | | | $0.00 | |
| 11/20/2009 | | INSURANCE PAYMENT (103-CINERGY HEALTH | | | $0.00 | |
| 10/12/2009 | TAMMY L WIEDENBECK | EST PATIENT OFFICE VISIT, LEVEL IV 99214 | $197.00 | $197.00 | | $0.00 |
| | | GRANT COMMUNITY CLINIC | | | | |
| | | seen by: ERIN L HUEBSCHMAN | | | | |

- Thank you for using Dean Health System.
- Any payments or charges applied after the billing date will appear on your next statement.

Insurance Pending Total: ................................................................................$197.00

**PLEASE PAY THIS AMOUNT**
**$151.00**

Wiedenbeck_198

| ACCOUNT NUMBER | ACCOUNT NAME | STATEMENT DATE | AMOUNT DUE |
|---|---|---|---|
| 500156957 | TAMMY L WIEDENBECK | 04/14/2010 | $127.00 |

*This charge is new or has been added since your last statement

| Date | Patient | Description | Charges | Insurance Pending | Payments/ Adjustments | Patient Due |
|---|---|---|---|---|---|---|
| 10/12/2009 | TAMMY L WIEDENBECK | EST PATIENT OFFICE VISIT, LEVEL IV 99214 | $197.00 | | | |
| | | GRANT COMMUNITY CLINIC | | | | |
| | | seen by: ERIN L HUEBSCHMAN | | | | |
| | | Due from Patient | | | | $127.00 |
| 02/09/2010 | | INSURANCE PAYMENT (1035)-CINERGY HEALTH | | | $70.00 | |

*Handwritten: pd 9633 5-10-2010*

- Thank you for using Dean Health System.
- Any payments or charges applied after the billing date will appear on your next statement.

Insurance Pending Total: .................................................................................$0.00

**PLEASE PAY THIS AMOUNT**
**$127.00**

Wiedenbeck_204



**St. Marys/Dean**
Ventures, Inc.
REGIONAL MEDICAL CLINICS
1808 W. Beltline Highway
PO BOX 259598
MADISON, WI 53725-9598

If you have questions on your statement please call:
Toll Free: 1-888-968-4681

☐ Check box if address or insurance has changed and indicate on back

**ADDRESSEE:** Page 1 of 1

TAMMY L WIEDENBECK
8822 PORTER BRIDGE RD
LANCASTER WI 53813-9741

LPD101 - 00673

**IF PAYING BY CREDIT CARD, FILL OUT BELOW**

Statement Date: 03/17/2010
Check credit card using for payment: ☐ MasterCard ☐ VISA ☐ DISCOVER ☐ 
Card Number: 
Exp. Date: 
Signature: 
Please Print Name: 

| Due Date | Account Number | Pay This Amount |
|---|---|---|
| 04/16/2010 | 500156957 | $127.00 |

Invoice Number: 543963694    Show Amount Paid Here $

**PLEASE MAKE CHECKS PAYABLE AND REMIT TO:**

ST. MARY'S/DEAN VENTURES
PO BOX 259598
MADISON WI 53725-9598

---

Please detach and return top portion of statement with your payment.

| ACCOUNT NUMBER | ACCOUNT NAME | STATEMENT DATE | AMOUNT DUE |
|---|---|---|---|
| 500156957 | TAMMY L WIEDENBECK | 03/17/2010 | $127.00 |

*This charge is new or has been added since your last statement

| Date | Patient | Description | Charges | Insurance Pending | Payments/ Adjustments | Patient Due |
|---|---|---|---|---|---|---|
| 10/12/2009 | TAMMY L WIEDENBECK | EST PATIENT OFFICE VISIT, LEVEL IV 99214<br><br>GRANT COMMUNITY CLINIC<br>seen by: ERIN L HUEBSCHMAN<br>Due from Patient | $197.00 | | | $127.00 |
| 02/09/2010 | | INSURANCE PAYMENT (1035)-CINERGY HEALTH | | | $70.00 | |

Wiedenbeck_205

- Thank you for using Dean Health System.
- Any payments or charges applied after the billing date will appear on your next statement.

Insurance Pending Total: ............$0.00

**PLEASE PAY THIS AMOUNT**
**$127.00**




**St. Marys/Dean**
Ventures, Inc.
REGIONAL MEDICAL CLINICS
1808 W. Beltline Highway
PO BOX 259598
MADISON, WI 53725-9598

**if you have questions on your statement please call:**

Toll Free: 1-888-968-4681

| ACCOUNT NUMBER | PAGE NUMBER |
|---|---|
| 500051981 | Page 2 of 2 |
| STATEMENT DATE | DUE DATE |
| 04/07/2010 | 05/07/2010 |
| GUARANTOR NAME | |
| RICHARD H WIEDENBECK | |

| Date | Patient | Description | Charges | Insurance Pending | Payments/ Adjustments | Patient Due |
|---|---|---|---|---|---|---|
| | | Due from Patient | | | | $73.00 |
| 03/02/2010 | | INSURANCE PAYMENT (1035)-CINERGY HEALTH | | | $70.00 | |

Wiedenbeck_234

| ACCOUNT NUMBER | ACCOUNT NAME | STATEMENT DATE | AMOUNT DUE |
|---|---|---|---|
| 500051981 | RICHARD H WIEDENBECK | 08/25/2010 | $431.25 |

Please detach and return top portion of statement with your payment.

*This charge is new or has been added since your last statement

| Date | Patient | Description | Charges | Insurance Pending | Payments/ Adjustments | Patient Due |
|---|---|---|---|---|---|---|
| 05/03/2010 | RICHARD H WIEDENBECK | EST PATIENT OFFICE VISIT, LEVEL IV 99214<br><br>GRANT COMMUNITY CLINIC<br>seen by: ERIN L HUEBSCHMAN<br>Due from Patient | $174.25 | | | $104.25 |
| 05/13/2010 | | INSURANCE PAYMENT (1035)-CINERGY HEALTH | | | $70.00 | |
| 05/05/2010 | RICHARD H WIEDENBECK | LIPID PANEL 80061<br><br>GRANT REGIONAL HEALTH CNTR LAB<br>seen by: SMDV LAB TECH<br>Due from Patient | $95.00 | | *pd 100.00 8-31-10* | $25.00 |
| 05/13/2010 | | INSURANCE PAYMENT (1035)-CINERGY HEALTH | | | $70.00 | |
| 05/05/2010 | RICHARD H WIEDENBECK | BLOOD DRAW 36415<br><br>GRANT COMMUNITY CLINIC<br>seen by: SMDV LAB TECH<br>Due from Patient | $25.00 | | | $25.00 |
| 05/13/2010 | | INSURANCE PAYMENT (1035)-CINERGY HEALTH | | | $0.00 | |
| 05/05/2010 | RICHARD H WIEDENBECK | COMPREHEN METABOLIC PANEL 80053<br><br>GRANT REGIONAL HEALTH CNTR LAB<br>seen by: SMDV LAB TECH | $86.00 | | *pd. 100.00 9-3 9673 ck.* | |

- Thank you for using Dean Health System.
- Any payments or charges applied after the billing date will appear on your next statement.

Insurance Pending Total: .................................................................$188.00

**PLEASE PAY THIS AMOUNT**

~~$431.25~~
331.25




## St. Marys/Dean Ventures, Inc.

REGIONAL MEDICAL CLINICS
1808 W. Beltline Highway
PO BOX 259598
MADISON, WI 53725-9598

**If you have questions on your statement please call:**

Toll Free: 1-888-968-4681

| ACCOUNT NUMBER | PAGE NUMBER |
|---|---|
| 500051981 | Page 2 of 3 |
| STATEMENT DATE | DUE DATE |
| 08/25/2010 | 09/24/2010 |
| GUARANTOR NAME | |
| RICHARD H WIEDENBECK | |

| Date | Patient | Description | Charges | Insurance Pending | Payments/ Adjustments | Patient Due |
|---|---|---|---|---|---|---|
| | | Due from Patient | | | | $86.00 |
| 05/13/2010 | | INSURANCE PAYMENT (1035)-CINERGY HEALTH | | | $0.00 | |
| 05/05/2010 | RICHARD H WIEDENBECK | ASSAY BLOOD URIC ACID 84550 | $40.00 | | | |
| | | GRANT REGIONAL HEALTH CNTR LAB | | | | |
| | | seen by: SMDV LAB TECH | | | | |
| | | Due from Patient | | | | $40.00 |
| 05/13/2010 | | INSURANCE PAYMENT (1035)-CINERGY HEALTH | | | $0.00 | |
| 05/05/2010 | RICHARD H WIEDENBECK | PROSTATE SPECIFIC ANTIGEN 84153 | $137.00 | | | |
| | | GRANT REGIONAL HEALTH CNTR LAB | | | | |
| | | seen by: SMDV LAB TECH | | | | |
| | | Due from Patient | | | | $67.00 |
| 05/13/2010 | | INSURANCE PAYMENT (1035)-CINERGY HEALTH | | | $70.00 | |
| 05/05/2010 | RICHARD H WIEDENBECK | AUTO HEMOGRAM/PLATE/DIFF 85025 | $75.00 | | | |
| | | GRANT REGIONAL HEALTH CNTR LAB | | | | |
| | | seen by: SMDV LAB TECH | | | | |
| | | Due from Patient | | | | $75.00 |
| 05/13/2010 | | INSURANCE PAYMENT (1035)-CINERGY HEALTH | | | $0.00 | |
| 08/05/2010 | RICHARD H WIEDENBECK | HEPATIC FUNCTION PANEL 80076* | $68.00 | | | |
| | | GRANT REGIONAL HEALTH CNTR LAB | | | | |
| | | seen by: SMDV LAB TECH | | | | |
| | | Billed to CINERGY HEALTH | | $68.00 | | |
| 08/05/2010 | RICHARD H WIEDENBECK | BLOOD DRAW 36415* | $25.00 | | | |
| | | GRANT COMMUNITY CLINIC | | | | |
| | | seen by: SMDV LAB TECH | | | | |
| | | Billed to CINERGY HEALTH | | $25.00 | | |
| 08/05/2010 | RICHARD H WIEDENBECK | LIPID PANEL 80061* | $95.00 | | | |
| | | GRANT REGIONAL HEALTH CNTR LAB | | | | |
| | | seen by: SMDV LAB TECH | | | | |
| | | Billed to CINERGY HEALTH | | $95.00 | | |
| 08/08/2010 | RHONDA L WIEDENBECK | LIPID PANEL 80061 | $95.00 | | | |
| | | GRANT REGIONAL HEALTH CNTR LAB | | | | |
| | | seen by: SMDV LAB TECH | | | | |

Wiedenbeck_163



**St. Marys/Dean Ventures, Inc.**
REGIONAL MEDICAL CLINICS
1808 W. Beltline Highway
PO BOX 259598
MADISON, WI 53725-9598

**If you have questions on your statement please call:**

Toll Free: 1-888-968-4681

| ACCOUNT NUMBER | PAGE NUMBER |
|---|---|
| 500051981 | Page 3 of 3 |
| STATEMENT DATE | DUE DATE |
| 08/25/2010 | 09/24/2010 |
| GUARANTOR NAME | |
| RICHARD H WIEDENBECK | |

| Date | Patient | Description | Charges | Insurance Pending | Payments/ Adjustments | Patient Due |
|---|---|---|---|---|---|---|
| | | Due from Patient | | | | $9.00 |
| 04/16/2010 | | INSURANCE PAYMENT (1035)-CINERGY HEALTH | | | $0.00 | |
| 08/04/2010 | | PERSONAL PAYMENT | | | $86.00 | |
| 04/08/2010 | RHONDA L WIEDENBECK | BLOOD DRAW 36415 | $25.00 | | | |
| | | GRANT COMMUNITY CLINIC | | | | |
| | | seen by: SMDV LAB TECH | | | | |
| | | Due from Patient | | | | $0.00 |
| 04/16/2010 | | INSURANCE PAYMENT (1035)-CINERGY HEALTH | | | $0.00 | |
| 07/14/2010 | | PERSONAL PAYMENT | | | $11.00 | |
| 08/04/2010 | | PERSONAL PAYMENT | | | $14.00 | |
| | RHONDA L WIEDENBECK | The following payments were recently applied to your account: | | | | |
| | | 8/04/2010 $ 100.00 | | | | |

Wiedenbeck_164




## St. Marys/Dean Ventures, Inc.

REGIONAL MEDICAL CLINICS
1808 W. Beltline Highway
PO BOX 259598
MADISON, WI 53725-9598

**If you have questions on your statement please call:**

Toll Free: 1-888-968-4681

| ACCOUNT NUMBER | PAGE NUMBER |
|---|---|
| 500051981 | Page 2 of 3 |
| STATEMENT DATE | DUE DATE |
| 07/28/2010 | 08/27/2010 |
| GUARANTOR NAME | |
| RICHARD H WIEDENBECK | |

| Date | Patient | Description | Charges | Insurance Pending | Payments/Adjustments | Patient Due |
|---|---|---|---|---|---|---|
| | | Due from Patient | | | | $86.00 |
| 05/13/2010 | | INSURANCE PAYMENT (1035)-CINERGY HEALTH | | | $0.00 | |
| 05/05/2010 | RICHARD H WIEDENBECK | ASSAY BLOOD URIC ACID 84550 | $40.00 | | | |
| | | GRANT REGIONAL HEALTH CNTR LAB | | | | |
| | | seen by: SMDV LAB TECH | | | | |
| | | Due from Patient | | | | $40.00 |
| 05/13/2010 | | INSURANCE PAYMENT (1035)-CINERGY HEALTH | | | $0.00 | |
| 05/05/2010 | RICHARD H WIEDENBECK | PROSTATE SPECIFIC ANTIGEN 84153 | $137.00 | | | |
| | | GRANT REGIONAL HEALTH CNTR LAB | | | | |
| | | seen by: SMDV LAB TECH | | | | |
| | | Due from Patient | | | | $67.00 |
| 05/13/2010 | | INSURANCE PAYMENT (1035)-CINERGY HEALTH | | | $70.00 | |
| 05/05/2010 | RICHARD H WIEDENBECK | AUTO HEMOGRAM/PLATE/DIFF 85025 | $75.00 | | | |
| | | GRANT REGIONAL HEALTH CNTR LAB | | | | |
| | | seen by: SMDV LAB TECH | | | | |
| | | Due from Patient | | | | $75.00 |
| 05/13/2010 | | INSURANCE PAYMENT (1035)-CINERGY HEALTH | | | $0.00 | |
| 02/09/2010 | RHONDA L WIEDENBECK | EST PATIENT OFFICE VISIT, LEVEL III 99213 | $143.00 | | | |
| | | GRANT COMMUNITY CLINIC | | | | |
| | | seen by: ERIN L HUEBSCHMAN | | | | |
| | | Due from Patient | | | | $0.00 |
| 03/02/2010 | | INSURANCE PAYMENT (1035)-CINERGY HEALTH | | | $70.00 | |
| 07/14/2010 | | PERSONAL PAYMENT | | | $73.00 | |
| 04/08/2010 | RHONDA L WIEDENBECK | BLOOD DRAW 36415 | $25.00 | | | |
| | | GRANT COMMUNITY CLINIC | | | | |
| | | seen by: SMDV LAB TECH | | | | |
| | | Due from Patient | | | | $14.00 |
| 04/16/2010 | | INSURANCE PAYMENT (1035)-CINERGY HEALTH | | | $0.00 | |
| 07/14/2010 | | PERSONAL PAYMENT | | | $11.00 | |
| 08/2010 | RHONDA L WIEDENBECK | LIPID PANEL 80061 | $95.00 | | | |
| | | GRANT REGIONAL HEALTH CNTR LAB | | | | |
| | | seen by: SMDV LAB TECH | | | | |
| | | Due from Patient | | | | $95.00 |

Wiedenbeck_166


**St. Marys/Dean Ventures, Inc.**
REGIONAL MEDICAL CLINICS
1808 W. Beltline Highway
PO BOX 259598
MADISON, WI 53725-9598

**If you have questions on your statement please call:**

Toll Free: 1-888-968-4681

| ACCOUNT NUMBER | PAGE NUMBER |
|---|---|
| 500051981 | Page 3 of 3 |
| STATEMENT DATE | DUE DATE |
| 07/28/2010 | 08/27/2010 |
| GUARANTOR NAME | |
| RICHARD H WIEDENBECK | |

| Date | Patient | Description | Charges | Insurance Pending | Payments/ Adjustments | Patient Due |
|---|---|---|---|---|---|---|
| 04/16/2010 | | INSURANCE PAYMENT (1035)-CINERGY HEALTH | | | $0.00 | |
| 04/08/2010 | RHONDA L WIEDENBECK | COMPREHEN METABOLIC PANEL 80053 | $86.00 | | | |
| | | GRANT REGIONAL HEALTH CNTR LAB | | | | |
| | | seen by: SMDV LAB TECH | | | | |
| | | Due from Patient | | | | $0.00 |
| 04/16/2010 | | INSURANCE PAYMENT (1035)-CINERGY HEALTH | | | $70.00 | |
| 07/14/2010 | | PERSONAL PAYMENT | | | $16.00 | |
| | RHONDA L WIEDENBECK | The following payments were recently applied to your account: | | | | |
| | | 7/14/2010 $ 100.00 | | | | |

Wiedenbeck_167



# St. Marys/Dean
### Ventures, Inc.
REGIONAL MEDICAL CLINICS
1808 W. Beltline Highway
PO BOX 259598
MADISON, WI 53725-9598

**If you have questions on your statement please call:**

Toll Free: 1-888-968-4681

| ACCOUNT NUMBER | PAGE NUMBER |
|---|---|
| 500051981 | Page 3 of 3 |
| STATEMENT DATE | DUE DATE |
| 09/22/2010 | 10/22/2010 |
| GUARANTOR NAME | |
| RICHARD H WIEDENBECK | |

| Date | Patient | Description | Charges | Insurance Pending | Payments/ Adjustments | Patient Due |
|---|---|---|---|---|---|---|
| 08/16/2010 | | INSURANCE PAYMENT (1035)-CINERGY HEALTH | | | $0.00 | |
| 08/05/2010 | RICHARD H WIEDENBECK | LIPID PANEL 80061 | $95.00 | | | |
| | | GRANT REGIONAL HEALTH CNTR LAB | | | | |
| | | seen by: SMDV LAB TECH | | | | |
| | | Due from Patient | | | | $25.00 |
| 08/16/2010 | | INSURANCE PAYMENT (1035)-CINERGY HEALTH | | | $70.00 | |
| 04/08/2010 | RHONDA L WIEDENBECK | LIPID PANEL 80061 | $95.00 | | | |
| | | GRANT REGIONAL HEALTH CNTR LAB | | | | |
| | | seen by: SMDV LAB TECH | | | | |
| | | Due from Patient | | | | $0.00 |
| 04/16/2010 | | INSURANCE PAYMENT (1035)-CINERGY HEALTH | | | $0.00 | |
| 08/04/2010 | | PERSONAL PAYMENT | | | $86.00 | |
| 08/30/2010 | | PERSONAL PAYMENT | | | $9.00 | |
| | RHONDA L WIEDENBECK | The following payments were recently applied | | | | |
| | | to your account: | | | | |
| | | 8/30/2010 $ 100.00 | | | | |
| | | 9/03/2010 $ 100.00 | | | | |
| | | 9/20/2010 $ 231.25 | | | | |

Wiedenbeck_170