IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HARRY R. WIEDENBECK and RHONDA
L. WIEDENBECK, on behalf of
themselves and all others who are similarly
situated,

                      Plaintiffs,                      ORDER

   v.

                                              12-cv-508-wmc

CINERGY HEALTH, INC., AMERICAN
MEDICAL AND LIFE INSURANCE
COMPANY, and NATIONAL CONGRESS
OF EMPLOYERS, INC.,

                      Defendants.

---

      The court is in receipt of a notice of settlement by defendant American Medical and Life Insurance Co. ("AMLI"), informing the court that plaintiffs have reached an agreement with defendants AMLI and National Congress of Employers, Inc. ("NCE") to resolve all of plaintiffs' claims against all defendants. (Dkt. #133.) In the letter, counsel for AMLI requests that the court stay briefing on the pending summary judgment motions for two weeks to allow AMLI and NCE the opportunity to determine whether defendant Cinergy consents to the dismissal of its cross-claims against the other two defendants. (Cinergy is currently without counsel.) That request is GRANTED. The briefing schedule on the pending motions (dkt. ##123-125) is STAYED.

      Consistent with AMLI's proposal, on or before March 20, 2014, the parties shall file either (a) a notice of voluntary dismissal of all claims, or (b) a notice of voluntary dismissal of all claims by plaintiffs, AMLI and NCE, a motion by plaintiffs for voluntary

dismissal as to its claims against Cinergy, and a motion by AMLI and NCE to dismiss Cinergy's cross-claim for contribution and/or indemnification (dkt. #36) as moot.

Entered this 6th day of March, 2014.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge